

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

Deborah J. Gannett                970 Broad Street, Suite 700        (973)645-2700
Assistant U.S. Attorney           Newark, NJ 07102

February 28, 2014

**VIA FEDERAL EXPRESS**
The Honorable Renee Marie Bumb
United States District Judge
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

    Re:    United States v. Ronzell Mitchell, Criminal No. 13-538 (RMB)
                United States v Stephanie Mitchell, Criminal No. 13-537 (RMB)

Dear Judge Bumb:

    The government requests that the sentencing memoranda in the above-captioned cases filed on ECF this morning be filed under seal.

                            Respectfully submitted,

                            PAUL J. FISHMAN

                          *Deborah J. Gannett*
                          By: DEBORAH J. GANNETT
                          Assistant U.S. Attorney

cc:    Paul Brickfield, Esq. (*via email*)
        Susan Cassell, Esq. (*via email*)