# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                         **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**                    March 27, 2014

**COURT REPORTER: TED FORMAROLI**
**OTHER: Miguel Rivera, Probation Officer**
                                                        **Docket #**  CR. 13-00537-01(RMB)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
                    vs.
STEPHANIE MITCHELL
            **DEFT**. **PRESENT**

**APPEARANCE:**
Deborah J. Gannett, AUSA for Government
Susan C. Cassell, Esquire for defendant

**NATURE OF PROCEEDINGS:** SENTENCING

Hearing on objections to the Pre-Sentence Report.
Special Agent Debbie Meyer sworn for the Government
Ordered sentencing adjourned until 6/5/14 at 10:00a.m.
Order bail continued as previously set.

Time commenced: 10:00a.m.                    Time Adjourned: 12:45p.m.

                                                        Total Time: 1 Hour and 15 Minutes

                                                        s/ Arthur Roney
                                                        DEPUTY CLERK

**cc: Chambers**